```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/6/2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEY LEGAL FUNDING LLC,

                Plaintiff,

-against-

DEAN CHASE, AND
PLAINTIFF SUPPORT FUNDING, LLC,

                Defendants.

23 Civ. 4610 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      Plaintiff, KEY Legal Funding LLC, brings this action against Defendants Dean Chase and Plaintiff Support Funding, LLC, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If KEY Legal Funding LLC and Plaintiff Support Funding, LLC are, indeed, limited liability companies, as their names would imply, then the complaint must allege the citizenship of natural persons who are members of the limited liability companies and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability companies. By **June 20, 2023**, Plaintiff shall amend its pleading to allege the citizenship of each constituent person or entity. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLCs, then the complaint will be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: June 6, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge